IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **STEPHANIE NUGEN,**<br>*Plaintiff*,<br><br>v.<br><br>**ASCENSION HEALTH,**<br>*Defendant*. | §<br>§<br>§<br>§      **MO:25-CV-00294-RCG**<br>§<br>§<br>§ |

## ORDER APPROVING SETTLEMENT

BEFORE THE COURT is Plaintiff Stephanie Nugen's ("Plaintiff") Unopposed Motion to Approve FLSA Settlement Agreement and Dismissal of Claims with Prejudice. (Doc. 15). Plaintiff and Defendant Ascension Health ("Defendant") have reached a settlement and request that the Court approve their Settlement Agreement and dismiss the case with prejudice, subject to the terms of the Settlement Agreement. *Id.*

The Court has reviewed the proposed Settlement Agreement (Doc. 15-1) and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. Accordingly, the Court hereby enters **FINAL JUDGMENT** in accordance with Rule 41 of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** that Plaintiff's Unopposed Motion to Approve FLSA Settlement Agreement and Dismissal of Claims with Prejudice is **GRANTED** (Doc. 15) and the Settlement Agreement is **APPROVED** (Doc. 15-1).

It is further **ORDERED** that all of Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, with costs of court and attorney fees being assessed against the party incurring same, except as otherwise provided in the Settlement Agreement.

It is finally **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 24th day of September, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE